**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GREEN HYGIENICS HOLDINGS, INC., a Nevada Corporation; RONALD W. LOUDOUN, an individual; and Does 2 through 10 inclusive,<br><br>Defendants. | Case No. 8:21-cv-2054-CJC-DFM<br><br>**JUDGMENT ON STIPULATION AND ORDER**<br><br>Complaint served: December 21, 2021 |

Plaintiff BOUSTEAD SECURITIES, LLC ("Boustead") on the one hand, and Defendants GREEN HYGIENICS HOLDINGS, INC ("Green Hygienics") and RONALD W. LOUDOUN ("Loudoun") on the other hand (collectively, "The Parties"), **HEREBY AGREE AND STIPULATE AS FOLLOWS:**

JUDGMENT ON STIPULATION AND ORDER            1

1. The Parties agree that Judgment shall be entered in this case;
2. Judgment is entered according to the stipulation of The Parties as follows:
    a. Green Hygienics and Loudoun, jointly and severally, must pay Boustead on the First Amended Complaint Damages in the amount of Three Hundred Thousand Dollars and No Cents ($300,000.00); and
3. This Court shall expressly retain jurisdiction to enforce the terms of this Stipulated Judgment and Order.

**IT IS SO STIPULATED.**

Dated: May 23, 2023

**BOUSTEAD SECURITIES, LLC**

By: _____

Keith Moore

Chief Executive Officer

Dated: May 22, 2023

**GREEN HYGIENICS HOLDINGS, INC.**

By: _____

Todd Mueller

Interim, Chief Executive Officer

JUDGMENT ON STIPULATION AND ORDER

2

Dated: May 23, 2023

RONALD W. LOUDOUN, an individual

By: *Ron Loudoun*

Ronald Loudoun

APPROVED AS CONFORMING TO THE AGREEMENT OF THE PARTIES

Dated: May 25, 2023

BERG LAW GROUP

By: *Eric Berg by DJH*

Eric Berg

Attorneys for Plaintiff

Boustead Securities, LLC

Dated: May 25, 2023

LAW OFFICE OF DAVID J. HOLLANDER

By: *David J. Hollander*

David J. Hollander, Esq.

Attorney for Defendants

Green Hygienics Holdings, Inc. and Ronald W. Loudoun

**IT IS SO ORDERED.**

**DATED:** May 25, 2023

*C. J. C.*

HON CORMAC J. CARNEY
U.S. DISTRICT JUDGE